PEOPLE *v.* WILSON.

CRIMINAL LAW—INSANITY—LARCENY FROM THE PERSON.
Refusal of trial court to hold sanity hearing in prosecution for larceny from the person *held*, not error, where record failed to disclose reason for raising the issue of insanity (CL 1948, §§ 750.357, 767.27).

Appeal from Recorder's Court of Detroit, Brennan (Vincent J.), J. Submitted Division 1 June 6, 1968, at Detroit. (Docket No. 3,687.) Decided June 24, 1968. Application for leave to appeal filed December 27, 1968.

Nathaniel Wilson was convicted on a plea of guilty of larceny from the person. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Samuel J. Torina,* Chief Appellate Lawyer, and *Angelo Pentolino,* Assistant Prosecuting Attorney, for the people.

*Edward P. Echlin,* for defendant on appeal.

REFERENCE FOR POINTS IN HEADNOTE
21 Am Jur 2d, Criminal Law § 65.

PER CURIAM. By his plea of guilty on December 6, 1966, defendant was convicted of larceny from the person. CL 1948, § 750.357 (Stat Ann 1954 Rev § 28.589).* He was sentenced to prison and appeals. He contends the trial judge erred reversibly by failing to comply with CL 1948, § 767.27 (Stat Ann 1954 Rev § 28.967). The record fails to disclose anything requiring a proceeding under the latter statute which requires a sanity hearing when applicable, nor does the record disclose any reason for defendant's attorney to have raised the issue of insanity.

Affirmed.

QUINN, P. J., and FITZGERALD and J. H. GILLIS, JJ., concurred.

---

* This section was repealed by PA 1966, No 266, effective March 10, 1967, and a new section added to PA 1927, ch 7 (MCLA § 767.27a, Stat Ann 1968 Cum Supp § 28.966[1]).—REPORTER.